UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **TOBY WAYNE MATT**<br>DOC # 326482 | * | **CIVIL ACTION NO. 2:15-cv-2616** |
| v. | * | **JUDGE MINALDI** |
| **KEITH DEVILLE** | * | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation (Rec. Doc. 5) of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, consideration of Matt's Objections (Rec. Doc. 6), and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that the petition for writ of habeas corpus is **DENIED** and **DISMISSED WITH PREJUDICE** because Matt's claims are barred by the one-year limitation period codified at 28 U.S.C. § 2244(d)(1)(A).

Lake Charles, Louisiana, this 7 day of July, 2016.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE